# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION



FILED
2011 SEP 20 PM 3:39
US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal No. 6:11-cr- 282 - Orl-28KRS |
| MARIA SANCHEZ | |

I, MARIA SANCHEZ, the above named defendant, who is accused of trafficking in counterfeit goods, in violation of 18 U.S.C. § 2320, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive prosecution by indictment and consent that the proceeding may be by information rather than by indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
MARIA SANCHEZ
Defendant

_____
Rick Carey
Counsel for Defendant

Before _____
        Judicial Officer