UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:11-cr-282-Orl-28KRS

MARIA SANCHEZ

## NOTICE OF APPEARANCE

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:  *s/ Katherine M. Ho*
Katherine M. Ho
Assistant United States Attorney
USA No. 070
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:       katherine.ho@usdoj.gov