UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:11-cr-282-Orl-28KRS

MARIA SANCHEZ

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

☐ IS related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

☒ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: September 22, 2011

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: *s/ Katherine M. Ho*
Katherine M. Ho
Assistant United States Attorney
USA No. 070
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: katherine.ho@usdoj.gov

U.S. v. MARIA SANCHEZ					Case No. 6:11-cr-282-Orl-28KRS

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Rick Carey

						*s/ Katherine M. Ho*
						Katherine M. Ho
						Assistant United States Attorney
						USA No. 070
						501 West Church Street, Suite 300
						Orlando, Florida  32805
						Telephone:	(407) 648-7500
						Facsimile:	(407) 648-7643
						E-mail:	katherine.ho@usdoj.gov