UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                        Case No. 6:11-cr-282-Orl-28KRS

MARIA SANCHEZ

## NOTICE OF POSSIBLE CONFLICT OF INTEREST

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals: Joseph R. Johnson and Ernest Chang.

Dated: September 22, 2011

                                        Respectfully submitted,

                                        ROBERT E. O'NEILL
                                        United States Attorney

By:    *s/ Katherine M. Ho*
        Katherine M. Ho
        Assistant United States Attorney
        USA No. 070
        501 West Church Street, Suite 300
        Orlando, Florida  32805
        Telephone:  (407) 648-7500
        Facsimile:   (407) 648-7643
        E-mail:       katherine.ho@usdoj.gov