# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Golden-Collum Memorial Federal Building
and United States Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, Florida 34475
352-369-4860
www.flmd.uscourts.gov

Sheryl L. Loesch　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jim Leanhart
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Court Operations Supervisor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ocala Division

UNITED STATES OF AMERICA

-vs-　　　　　　　　　　　　　　　　　　　　　　Case No.  6:11-cr-282-Orl-28KRS

MARIA SANCHEZ
_____

## NOTICE OF SURRENDERED PASSPORT

To:　　Dept. Of Homeland Security
　　　　Attn: Christine Church, SDDO
　　　　ICE/Enforcement & Removal Operations
　　　　9495 Delegates Drive
　　　　Orlando, Florida  32837

**PURSUANT** to Court Order entered on November 10, 2011 in the above styled case, the Defendant's passport, **issued from Mexico, number 08876124108**, was surrendered to the custody of the Clerk of Court on November 30, 2011.  The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

　　　　Defendant's date of birth:　　　　July 9, 1971

　　　　Defendant's place of birth:　　　　Juarez, Chi.

　　　　Received by Clerk from:　　　　Assistant Federal Public Defender Rick Carey

　　　　　　　　　　　　　　　　　　　　SHERYL L. LOESCH, CLERK

　　　　　　　　　　　　　　　　　　　　*D. DeNicola*
　　　　　　　　　　　　　　By:　　Donna DeNicola, Deputy Clerk

December 1, 2011

c:　　Counsel and Unrepresented Defendant
　　　Pretrial Services (if before Judgment)
　　　Probation Office (if after Judgment)
　　　Appropriate Agency Listed Above
　　　Passport Coordinator