## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                              **Case No.  6:11-cr-282-Orl-28KRS**

**MARIA SANCHEZ**

### ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 18, filed November 10, 2011) and no objection thereto having been filed, it is **ORDERED**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 18) is **ACCEPTED**, **AFFIRMED** and **ADOPTED**.

2. Defendant has knowingly, intelligently and voluntarily entered a plea of guilty to Count One of the Information. Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Information.

3. The Plea Agreement (Doc. No. 5, filed September 21, 2011) is accepted.

**DONE** and **ORDERED** at Orlando, Florida, this _30_ day of November, 2011.

JOHN ANTOON II
United States District Judge

Copies to:
U. S. Magistrate Judge
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Courtroom Deputy Clerk
Maria Sanchez